IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY LEE WALTON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 05-5170** |
| **DALE R. DENLINGER,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this _____ day of December 2007, upon consideration of Defendant's Motion for Summary Judgment (Doc. 48), Plaintiff's Response (Doc. 49), and Defendant's Reply (Doc. 50), **IT IS HEREBY ORDERED** and **DECREED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.